**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| BURBERRY LIMITED, a United Kingdom corporation, and BURBERRY LIMITED, a New York corporation, | ) | Case No. 15-cv-7994 |
| Plaintiffs, | ) | **Judge Marvin E. Aspen** |
| v. | ) | **Magistrate Judge Jeffrey Cole** |
| WENG JUNPENG, et al., | ) | |
| Defendants. | ) | |

# AMENDED COMPLAINT

[CONTENTS FILED UNDER SEAL]